FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

## Jul 29, 2019

for the

Eastern District of Washington

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| ALICIA R. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:17-CV-03034-MKD |
| | ) | |
| | ) | |
| ANDREW M. SAUL | | |
| *Defendant* | | |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Matter is REVERSED and REMANDED to Commissioner of Social Security for further proceedings pursuant to
sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____ MARY K. DIMKE _____ pursuant to mandate of
the Ninth Circuit Court of Appeals.

Date:  July 29, 2019 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Melissa Orosco
_____
*(By) Deputy Clerk*

Melissa Orosco
_____